Dean O. SCHUMACHER, Plaintiff
and Appellant,

and

Sandra L. Schumacher, Plaintiff,

v.

and

Edmund G. Vinje II, Appellant.

Civ. No. 890191.

Supreme Court of North Dakota.

May 7, 1991.

Vinje Law Office, Fargo, for plaintiffs
and appellants; argued by Edmund G.
Vinje II. Appearance by Daniel L. Hull.

Morley & Morley, Ltd., and McConn,
Fisher, Olson & Daley, Grand Forks, for
defendants and appellees; argued by Patrick R. Morley. Appearance by Patrick W.
Fisher.

GIERKE, Justice.

Dean and Sandra Schumacher appeal
from that part of a judgment awarding
attorney fees and costs of $36,600 in favor
of the defendants and against Dean, Sandra, and their attorney. We reverse.

Today, in a companion appeal addressing
the merits of the issues raised in this lawsuit, we reversed the judgment and remanded the case for a new trial on all
issues. *Schumacher v. Schumacher*, 469
N.W.2d 793 (Civil No. 890180; May 7,
1991). In light of our disposition of that
companion appeal we reverse the award of
costs and attorney fees.

REVERSED.

ERICKSTAD, C.J., and VANDE
WALLE, LEVINE and MESCHKE, JJ.,
concur.